MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NICOLE DANIELS,

        Plaintiff(s),

v.

        Case No. 22-cv-10203

        Judith E. Levy

DELTA AIR LINES, INC.

        Elizabeth A. Stafford

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Delta Air Lines, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐     No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☑     No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: Allianz Global Corporate & Specialty on behalf of itself and the co-
    Nature of Financial Interest: insurers of the aviation liabilities of Delta (each of which is severally and not jointly liable)

Date: February 1, 2022

/s/Scott R. Torpey

Scott R. Torpey (P36179)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
storpey@jaffelaw.com