## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

NICOLE DANIELS,

    Plaintiff,

vs.

                      Case No. 22-cv-10203
                      Hon. Judith E. Levy
                      Magistrate Elizabeth A. Stafford

DELTA AIR LINES, INC.

    Defendant.

| SOMMERS SCHWARTZ, P.C. | JAFFE, RAITT, HEUER & WEISS, P.C. |
|---|---|
| Arvin J. Pearlman (P18743) | Scott R. Torpey (P36179) |
| Benjamin J. Wilensky (P75302) | Timothy J. O'Connell (P79737) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| One Towne Square, 17th Floor | 27777 Franklin Road, Suite 2500 |
| Southfield, MI 48076 | Southfield, MI 48034 |
| (248) 355-0300 | (248) 351-3000 |
| (248) 936-2144 (fax) | (248) 351-3082 (fax) |
| apearlman@sommerspc.com | storpey@jaffelaw.com |
| bwilensky@sommerspc.com | toconnell@jaffelaw.com |

## APPEARANCE OF ATTORNEY TIMOTHY J. O'CONNELL ON BEHALF OF DELTA AIR LINES, INC.

To Clerk of Court:

    PLEASE TAKE NOTICE that Timothy J. O'Connell hereby enters his appearance on behalf of Defendant DELTA AIR LINES, INC., in the above-captioned matter.

4888-4742-7595

        Respectfully submitted:

        JAFFE RAITT HEUER & WEISS, P.C.

        By:   /s/Timothy J. O'Connell
               Scott R. Torpey (P36179)
               Timothy J. O'Connell (P79737)
        *Attorneys for Defendant Delta Air Lines, Inc.*
        27777 Franklin Road, Suite 2500
        Southfield, MI  48034
        (248) 351-3000
        storpey@jaffelaw.com
        toconnell@jaffelaw.com

Dated:  February 1, 2022

## **CERTIFICATE OF SERVICE**

I certify that on February 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using the Court's electronic filing system which will provide notice to all counsel of record.

                /s/Katherine M. Abrignani

4888-4742-7595