UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nicole Daniels,

                Plaintiff,        Case No. 22-cv-10203

v.                                Judith E. Levy
                                     United States District Judge
Delta Air Lines, Inc., *et al.*,

                                     Mag. Judge Elizabeth A. Stafford
              Defendants.

_____/

**ORDER DIRECTING DEFENDANT UNIFI AVIATION, LLC TO IDENTIFY THE CITIZENSHIP OF ITS MEMBERS**

On September 14, 2022, the Court ordered Plaintiff Nicole Daniels to show cause because Plaintiff's allegations in her second amended complaint are insufficient to show that diversity jurisdiction exists, given that her allegations do not demonstrate complete diversity between the parties. (ECF No. 20.) In her response to the show cause order, Plaintiff identified the citizenship of all parties except Defendant Unifi Aviation, LLC because "to Plaintiff's knowledge there is no publicly available information regarding the identity of Unifi's members, and therefore no information regarding the citizenship of those members. Thus, Plaintiff

lacks information to make any averments regarding the citizenship of Unifi's members." (ECF No. 22, PageID.145.) Plaintiff suggested that "as soon as Unifi appears in this matter, the Court issue an order directing Unifi to state the identity and citizenship of each of its members and sub-members." (*Id.* at PageID.145–146.) Plaintiff stated that such an approach would "promote judicial economy and avoid the possibility of re-removal if Unifi has no members or sub-members that are citizens of Michigan." (*Id.* at PageID.145.)

On October 12, 2022, the Court vacated the show cause order without prejudice, indicating that

> [w]hen Unifi appears in the case, the Court intends to direct it to identify the citizenship of each of its members, as Plaintiff suggests. The Court will then make a final determination on the issue of subject matter jurisdiction based on the information provided by Plaintiff and Unifi regarding the citizenship of the parties.

(ECF No. 26, PageID.194 (footnote omitted).)

Unifi has now appeared in the case. (*See* ECF Nos. 34, 36, 37.) Accordingly, by **November 14, 2022**, Unifi must file a jurisdictional statement identifying the citizenship of each of its members.

IT IS SO ORDERED.

2

Dated: November 1, 2022　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 1, 2022.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager