UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE DANIELS,

    Plaintiff,

vs.

    Case No. 22-cv-10203

    Honorable Judith E. Levy
    Magistrate Judge Elizabeth A. Stafford

DELTA AIR LINES, INC.,
a foreign corporation,
SKYWEST AIRLINES, INC.,
a foreign corporation, and
UNIFI AVIATION LLC,
a foreign corporation,

    Defendants.
_____/

## RESPONSE TO COURT'S ORDER [#42] DIRECTING DEFENDANT UNIFI AVIATION LLC TO CLARIFY INFORMATION IN ITS JURISDICTIONAL STATEMENT

NOW COMES Defendant UNIFI AVIATION LLC, by and through its attorneys, Plunkett Cooney, and in response to the Court's Order Directing Defendant Unifi Aviation LLC to Clarify Information in its Jurisdictional Statement (ECF No. 42), states as follows:

The Court ordered Defendant Unifi to identify the trustee of two trusts that are members of Argenbright Master Holdings, LLC. The trustee of these two trusts is Karan Iswar, a resident of the state of Georgia and a citizen of the country of India.

Further, Scrubbs Holding, Inc., a member of Unifi Aviation LLC, has its principal place of business in Atlanta, Georgia, and is a corporation organized and existing under the laws of the state of Delaware.

Respectfully submitted,

*/s/ Henry B. Cooney*
HENRY B. COONEY (P32199)
PLUNKETT COONEY
Attorney for Defendant Unifi
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
(248) 901-4019
hcooney@plunkettcooney.com

### Proof of Service

The undersigned certifies that on 28 November 2022 a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

- ☐ Hand delivery
- ☐ U.S. Mail
- ☐ Email
- ☐ Overnight mail
- ☐ Facsimile
- ☒ Electronic Filing System

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*/s/ Suzanne Mooney*
Suzanne Mooney

Open.11877.24040.30058150-1